IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

VICKY L. HAMPTON                                                                    PLAINTIFF

vs.                                        Civil No. 04-1125

JO ANNE B. BARNHART,
Commissioner, Social Security Administration                                       DEFENDANT

## JUDGMENT

Comes now the Court on this 30th day of March, 2006, in accordance with the

Memorandum Opinion filed in the above styled case on today's date, and hereby considers,

orders and adjudges that the decision of the Commissioner of Social Security is reversed and

this matter is remanded to the Commissioner, pursuant to sentence four, *42 U.S.C. § 405(g),* for

further consideration consistent with the Memorandum Opinion.

The Commissioner's Motion for Extension of Time to File Brief Out of Time (Doc.

#16) should be and hereby is denied. Additionally, the Commissioner's Supplemental Brief,

and the associated attachments thereto (Doc. #17), were filed in an untimely manner, without

leave of the Court. Therefore, the Commissioner's Supplemental Brief and attachments thereto

(Doc. #17) should be and is hereby stricken from the record.

Counsel is reminded that, in view of the United States Supreme Court decision, *Shalala*

*v. Schaefer, 113 S.Ct. 2625, 125 L.Ed.2d 239 (1993),* a petition for attorney's fees under the

Equal Access to Justice Act must be filed within 30 days from the date this Judgment becomes

final.

IT IS SO ORDERED.

/s/Bobby E. Shepherd
Honorable Bobby E. Shepherd
United States Magistrate Judge

AO72A
(Rev. 8/82)